

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00820-CV

**IN THE ESTATE OF** Stephen Everett **KOONTZ**, Deceased

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-14-0000048
Honorable M. Rex Emerson, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and the cause is REMANDED to the trial court for further proceedings. It is ORDERED that appellant Robert F. Stuart, Jr. recover his costs of this appeal from appellee Glea Hale, as independent executrix of the Estate of Stephen Everett Koontz.

SIGNED November 16, 2016.

_____
Marialyn Barnard, Justice